IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,                    No. CIV.S-06-1345 MCE DAD PS

      Plaintiff,

  v.                                    ORDER

PRESIDENT OF U.C. REGENTS
DYNES, CHANCELLOR OF U.C.
DAVIS VANDERHOEF, and CHIEF
OF U.C.D. POLICE SPICUZZA,

      Defendants.
_____/

      Plaintiff, proceeding in this action pro se, initiated this action by filing his complaint on June 19, 2006.  This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

      While it appears that plaintiff may have intended to request leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, plaintiff has not filed the appropriate application in this regard.  Plaintiff has submitted two copies of his complaint but no application to proceed in forma pauperis.

1       Accordingly, IT IS HEREBY ORDERED that within twenty (20)
2  days of the date of this order plaintiff shall pay the appropriate
3  filing fee or submit an affidavit making the showing required by 28
4  U.S.C. § 1915(a)(1).  The Clerk of the Court is directed to send
5  plaintiff an Application to Proceed Without Prepayment of Fees and
6  Affidavit along with a copy of this order.
7  DATED: October 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\sherman1345.ifp.fee

2