IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,

  v.

PRESIDENT OF U.C. REGENTS DYNES, CHANCELLOR OF U.C. DAVIS VANDERHOEF, and CHIEF OF U.C.D. POLICE SPICUZZA,

      Defendants.

No. CIV.S-06-1345 MCE DAD PS

ORDER

_____/

      Plaintiff, proceeding in this action pro se, initiated this action by filing his complaint on June 19, 2006.  This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

      On October 6, 2006, having determined that plaintiff may have intended to request leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, plaintiff was granted twenty days to either pay the appropriate filing fee or submit an application to proceed in

1

1  forma pauperis.  The twenty-day period has now expired and plaintiff
2  has not responded to the court's order.  Plaintiff will be given one
3  final opportunity to comply with the court's order.
4         Accordingly, IT IS HEREBY ORDERED that within twenty (20)
5  days of the date of this order plaintiff shall pay the appropriate
6  filing fee or submit an affidavit making the showing required by 28
7  U.S.C. § 1915(a)(1).  Plaintiff is forewarned that failure to comply
8  with the terms of this order will result in a recommendation that
9  this action be dismissed.
10 DATED: November 6, 2006.

                                    */s/ Dale A. Drozd*
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

14 DAD:lg
   sherman1345.ord