IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,                    No. CIV.S-06-1345 MCE DAD PS

      Plaintiff,

  v.                                  <u>FINDINGS AND RECOMMENDATIONS</u>

PRESIDENT OF U.C. REGENTS
DYNES, et al.,

      Defendants.
_____/

       Plaintiff, proceeding in this action pro se, initiated this action by filing his complaint on June 19, 2006. This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

       By order filed November 7, 2006, plaintiff was ordered to pay the appropriate filing fee or submit an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Plaintiff was forewarned that failure to do so would result in a recommendation that this action be dismissed. The twenty-day period has now expired, and plaintiff has not paid the appropriate filing fee or submitted an

1

1 affidavit making the showing required by 28 U.S.C. § 1915(a)(1).
2 Accordingly, the court HEREBY RECOMMENDS that this action be dismissed
3 without prejudice.  <u>See</u> L.R. 11-110; Fed. R. Civ. P. 41(b).
4      These findings and recommendations are submitted to the
5 United States District Judge assigned to the case, pursuant to the
6 provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
7 served with these findings and recommendations, plaintiff may file
8 written objections with the court.  Such a document should be
9 captioned "Objections to Magistrate Judge's Findings and
10 Recommendations."  Plaintiff is advised that failure to file
11 objections within the specified time may waive the right to appeal the
12 District Court's order.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
13 1991).
14 DATED: December 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.prose/sherman1345.f&r

2