1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH A. SHERMAN,                No. 2:06-cv-1345-MCE-DAD-PS

12            Plaintiff,

13      v.                             ORDER

14   PRESIDENT OF U.C. REGENTS
     DYNES, et al.,
15
              Defendants.
16   _____/

17       Plaintiff, proceeding pro se, filed the above-entitled

18   action.  The matter was referred to a United States Magistrate

19   Judge pursuant to Local Rule 72-302(c)(21).

20       On December 12, 2006, the magistrate judge filed Findings

21   and Recommendations herein which were served on Plaintiff and

22   which contained notice to Plaintiff that any objections to the

23   Findings and Recommendations were to be filed within twenty (20)

24   days.  Plaintiff has not filed objections to the Findings and

25   Recommendations.

26   ///

                               1

1     The Court has reviewed the file and finds the Findings and

2 Recommendations to be supported by the record and by the

3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

4 that:

5     1.  The Findings and Recommendations filed December 12,

6 2006, are adopted in full; and

7     2.  This action is dismissed without prejudice.  See L.R.

8 11-110; Fed. R. Civ. P. 41(b).

9
  Dated:  January 22, 2007

10

11                              MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26